Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorney for JOHN RODGERS, Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS, <br>     Plaintiff, <br><br> vs. <br><br> CORI CLARK, an individual, d/b/a ALLEY CAFÉ; CHLOYA CLARK, an individual; CHANO CLARK, an individual; and DOES 1-20, inclusive, <br>     Defendants. | Case No. 4:14-CV-00084 KAW <br><br> *Civil Rights* <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] 0RDER** <br> **[F.R.C.P.§§ 41(a)(1)(ii) and (2)]** |

    Plaintiff JOHN RODGERS and Defendants CORI CLARK, an individual, d/b/a ALLEY CAFÉ; CHLOYA CLARK, an individual; CHANO CLARK, an individual, by and through their attorneys of record, file this Stipulation and Order of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure §§ 41(a)(1)(ii) and (2).

    Plaintiff filed this lawsuit on January 7, 2014. Defendants, who have answered the complaint, agree to the dismissal with prejudice. Plaintiff and Defendants further stipulate that each side shall pay its own attorneys' fees and costs.

    This case is not a class action, and no receiver has been appointed.

    Wherefore, Plaintiff and Defendants, by and through their attorneys of record, so

stipulate.

Dated: June 24, 2014                By: /s/ Irene Karbelashvili
                                    Irene Karbelashvili
                                    Attorney for Plaintiff John Rodgers


Dated:                              By: /s/ Phillip G. Vermont
                                    Phillip G. Vermont, Attorney for Defendants
                                    Cori Clark, Cholya Clark, and Chano Clark


### ~~PROPOSED~~ ORDER

**PURSUANT TO STIPULATION IT IS SO ORDERED**

The lawsuit against Defendants is dismissed with prejudice. Each side shall pay its own attorneys' fees and costs.

Dated: ~~June~~ July 1, 2014        _____
                                    Hon. Kandis A. Westmore, United States
                                    Magistrate Judge